No. 18,070.

C. W. HENNRICH *v.* LOCAL LODGE No. 31, ET AL., BROTHERHOOD OF RAILWAY TRAINMEN, ET AL.
(320 P. [2d] 762)

Decided January 20, 1958.

Mr. THOMAS K. HUDSON, Mr. ROBERT E. HOLLAND, for plaintiff in error.

Mr. CHARLES R. ENOS, Mr. C. CHARLES BUCHLER, BERNICE M. BUCHLER, for defendants in error.

*En Banc.*

MR. JUSTICE HALL delivered the opinion of the Court.

THE issues presented by the record in this case are identical with those presented in *Shotwell v. Local Lodges, et al.*, decided by this court July 22, 1957, in which petition for rehearing was denied January 13, 1958. The decision in the Shotwell case is controlling in this case; therefore, the judgment of the trial court herein is affirmed.

MR. CHIEF JUSTICE HOLLAND not participating.